# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY GAPEN,

        Petitioner,   :   Case No. 3:08-cv-280

- vs -                        District Judge Walter Herbert Rice
                                   Magistrate Judge Michael R. Merz

DAVID BOBBY, Warden,

        Respondent.   :

## ORDER VACATING STAY OF PROCEEDINGS

The Ohio Supreme Court having denied Petitioner's Application to Reopen in that court on June 3, 2009, this Court's prior Stay Order (Doc. No. 19) is DISSOLVED. As previously scheduled (Doc. No. 23), Petitioner's amended petition shall be filed not later than July 13, 2009.

June 10, 2009.

                                                              s/ **Michael R. Merz**
                                                                    United States Magistrate Judge