# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY GAPEN,

        Petitioner,    :    Case No. 3:08-cv-280

 - vs -                               District Judge Walter Herbert Rice
                                         Magistrate Judge Michael R. Merz

DAVID BOBBY, Warden,

        Respondent.    :

## NOTICE

The Court takes judicial notice that juror Mark E. McGuire died on January 19, 2012.

See: www.legacy.com/obituaries/dayton/obituary.aspx?n=mark-e-maguire&pid=155570421&fhid=5276.

January 23, 2012.

                                                                s/ **Michael R. Merz**
                                                                United States Magistrate Judge