# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

LARRY GAPEN,                       :

        Petitioner,        :        Case No. 08CV280

 - vs -                                     :

                            Judge Walter H. Rice

WARDEN DAVID BOBBY,                :

        Respondent.        :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

WALTER H. RICE,  JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Stay Reinstated"