IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY GAPEN | : | CASE NO. 3:08cv280 |
| Plaintiff, | : | |
| v. | : | JUDGE WALTER H. RICE |
| WARDEN DAVID BOBBY | : | |
| Defendant. | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

                                          */s/ Walter H. Rice*
                                          WALTER H. RICE, JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] Case pending in State Court of Appeals.